United States of America
v.
Eric Lee Peterson

Defendant

)
)
) Case: 1:24-mj-00215
) Assigned to: Judge Upadhyaya, Moxila A.
) Assign Date: 7/3/2024
) Description: COMPLAINT W/ ARREST WARRANT
)

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    Eric Lee Peterson,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly Conduct in any Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building or Grounds.

Date: 7/3/2024

*Issuing officer's signature*

Moxila A. Upadhyaya, U.S. Magistrate Judge

City and state: Washington, D.C.

*Printed name and title*

### Return

This warrant was received on (date) 07/03/2024, and the person was arrested on (date) 08/06/2024
at (city and state) Kansas City, Missouri

Date: 08/06/2024

*Arresting officer's signature*